FREDERICK C. BRANDER, petitioner-respondent.

*v.*

AMELIA A. BRANDER, defendant-appellant.

[Argued February 8th, 1943.   Decided April 30th, 1943.]

*Mr. Richard H. Thiele* and *Mr. John A. Laird,* for the appellant.

*Mr. Walter P. Reilly,* for the respondent.

PER CURIAM.

The advisory master advised a decree for divorce in favor of the petitioner-husband on the ground of extreme cruelty and the ground of the wife's desertion.   We have examined the proofs and find that the conclusions of the advisory master are supported by the evidence.

The decree is affirmed.

*For affirmance*—PARKER, CASE, BODINE, HEHER, PORTER, WELLS, THOMPSON, JJ.   7.

*For reversal*—THE CHIEF-JUSTICE, DONGES, PERSKIE, RAFFERTY, JJ.   4.